| | |
|---|---|
| 1 | Claire M. Leary |
| 2 | 912 Cole Street, Suite 347 |
|   | San Francisco, California 94117 |
| 3 | (415) 225-4640 |
|   | Fax (510) 351-1636 |
| 4 | Attorney for Defendant William "Joe" Little |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| United States of America, | ) | CR 04-122 SI |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Stipulation |
| vs. | ) | Continuing |
| | ) | Supervised Release |
| William "Joe" Little, | ) | Violation Hearing |
| | ) | New Date Requested: |
| Defendant, | ) | January 4, 2007 |
| | ) | 1:30 pm |

The undersigned hereby stipulate that Mr. William "Joe" Little's Supervised Release Violation Hearing currently set for November 20, 2006, be reset and heard on January 4, 2007, at 1:30 pm. This request is made by the Defendant because a witness is not available on November 20th. Jennifer Hutchings, United States Probation Officer, has been informed of this change and is not opposed to it. Thomas Brown, United States

Probation Officer from the Eastern District of California has also been informed of this change and is not opposed to it.

Dated: November 15, 2006         /s/_____
                                 Claire M. Leary
                                 Counsel for Defendant Little

Dated: November 15, 2006         /s/_____
                                 Cindy Stier
                                 Assistant United States Attorney

O R D E R

1/17/06 @ 3:30 p.m.

IT IS SO ORDERED. The hearing is moved to ~~January 4, 2007~~, at 1:30 pm. The November 20, 2006, date is vacated.

Dated: November    , 2006         _____
                                  Susan Ilston
                                  United States District Judge

Claire Leary attests and certifies that she has on file a holograph of Ms. Stier's signature, on this document. /s/ Claire Leary

Due to the Court's unavailability, the hearing will be continued to 1/17/07 @ 3:30 p.m.